[Nos. 13024-2-I; 13025-1-I. Division One. April 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM HARRISON JOHNSON, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 82-1-00706-1, 82-1-02011-3, Liem E. Tuai,

J., entered January 17, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Callow, JJ.